

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, New Jersey 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

Revaz Chachanashvili ∫
Uri Horowitz ▲
Daniel Kohn ▲
Yaakov Saks ▲*
Jacob Singer ▲
Judah Stein ▲

LOCAL COUNSEL
Daniel Ruggiero △
Michael J. Ringelheim ◊
Robert Tzall Σ
Aryeh Stein Ω
Marina Dzhamilova ●
Avraham Cutler ‡
Jonathan A. Stieglitz ✓

▲ NJ & NY Bars   ∫ NY Bar   △ ME, MA, CT, RI, PA & FL Bars   ◊ FL & TX Bars   Σ NV & UT Bars
Ω MD, VA & DC Bars   ● WA Bar   Ω MD, VA & DC Bars   ‡ NY, AZ, & MN Bars   ✓ CA Bar
*Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT ∫

January 11, 2018

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>**VIA ECF**</u>

      Re:    <u>Abraham Rozman v. Chase Bank USA, N.A.</u>
             <u>Case No. 1:17-cv-06077-SJ-SMG</u>

Your Honor,

    This office represents Plaintiff, Abraham Rozman, in the above-referenced matter. We write in accordance with Your Honor's Individual Rules and Practices, and with consent of Defense Counsel.

    We write to respectfully request a fourteen (14) day extension of time for Plaintiff to answer Defendant's Counterclaim, or otherwise move. This is Plaintiff's first request for an extension of time to respond to Defendant's Counterclaim. We have conferred with Defense Counsel with consents to this request.

    As such, Plaintiff respectfully requests an extension of time to file an answer to, or otherwise move in response to, Defendant's Counterclaim, up to and including, January 25, 2018.

    We thank Your Honor and the Court for its consideration and courtesies.

                                Respectfully submitted,

                                    /s/ *Daniel Kohn*
                                Daniel Kohn