UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abraham Rozman<br><br>                              Plaintiff,<br><br><br><br>     -v.-<br>Chase Bank USA, N.A.<br><br>                              Defendant. | Case No. 1:17-cv-06077-SJ-SMG<br><br>**ANSWER & AFFIRMATIVE DEFENSES TO COUNTERCLAIM** |
| Chase Bank USA, N.A.<br><br>                              Counter Claimant,<br><br><br><br>     -v.-<br>Abraham Rozman<br><br>                              Counter Defendant. | |

Now comes Plaintiff-Counter Defendant Abraham Rozman ("Plaintiff" or "Rozman"), by and through his undersigned counsel, and responds to Defendant-Counter Claimant, Chase Bank USA, N.A.'s ("Defendant" or "Chase") Counterclaims as follows:

## COUNTERCLAIMS

1. Plaintiff-Counter Defendant neither admits nor denies the allegation as set forth in ¶1 of the Counterclaim as no documents has been presented in support of this allegation, and leaves Defendant-Counter Claimant to its proofs.

## PARTIES AND JURISDICTION

2. Rozman neither admits nor denies the allegation as set forth in ¶2 of the Counterclaim and leaves Chase to its proofs.

3. Rozman admits the allegation as set forth in ¶3 of the Counterclaim.

4. Rozman admits the allegation as set forth in ¶4 of the Counterclaim.

5. Rozman admits the allegation as set forth in ¶5 of the Counterclaim.

6. Rozman admits the allegation as set forth in ¶6 of the Counterclaim.

## FIRST COUNTERCLAIM FOR RELIEF
**Breach of Contract**

7. Rozman repeats and incorporates the responses to the allegations contained in the preceding paragraphs as if fully set forth herein.

8. Rozman neither admits nor denies the allegation as set forth in ¶8 of the Counterclaim as no documents has been presented in support of this allegation.

9. Rozman denies knowledge or information sufficient to form a belief as to the truth of the allegations in ¶9 of the Counterclaim.

10. To the extent the allegations in ¶10 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶10 of the Counterclaim.

11. To the extent the allegations in ¶11 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶11 of the Counterclaim.

12. To the extent the allegations in ¶12 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶12 of the Counterclaim.

### SECOND COUNTERCLAIM FOR RELIEF
**Breach of Contract**

13. Rozman repeats and incorporates the responses to the allegations contained in the preceding paragraphs as if fully set forth herein.

14. Rozman neither admits nor denies the allegation as set forth in ¶14 of the Counterclaim as no documents has been presented in support of this allegation.

15. Rozman denies knowledge or information sufficient to form a belief as to the truth of the allegations in ¶15 of the Counterclaim.

16. To the extent the allegations in ¶16 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶16 of the Counterclaim.

17. To the extent the allegations in ¶17 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶17 of the Counterclaim.

18. To the extent the allegations in ¶18 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶18 of the Counterclaim.

### THIRD COUNTERCLAIM FOR RELIEF
**Breach of Contract**

19. Rozman repeats and incorporates the responses to the allegations contained in the preceding paragraphs as if fully set forth herein.

20. Rozman neither admits nor denies the allegation as set forth in ¶20 of the Counterclaim as no documents has been presented in support of this allegation.

21. Rozman denies knowledge or information sufficient to form a belief as to the truth of the allegations in ¶20 of the Counterclaim.

22. To the extent the allegations in ¶22 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶22 of the Counterclaim.

23. To the extent the allegations in ¶23 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶23 of the Counterclaim.

24. To the extent the allegations in ¶24 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶24 of the Counterclaim.

### FOURTH COUNTERCLAIM FOR RELIEF
**Breach of Contract**

25. Rozman repeats and incorporates the responses to the allegations contained in the preceding paragraphs as if fully set forth herein.

26. Rozman neither admits nor denies the allegation as set forth in ¶26 of the Counterclaim as no documents has been presented in support of this allegation.

27. Rozman denies knowledge or information sufficient to form a belief as to the truth of the allegations in ¶27 of the Counterclaim.

28. To the extent the allegations in ¶28 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶28 of the Counterclaim.

29. To the extent the allegations in ¶29 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶29 of the Counterclaim.

30. To the extent the allegations in ¶30 of the Counterclaim are conclusions of law, no response is required. Rozman denies knowledge or information sufficient to form a belief as to the truth of all other allegations in ¶30 of the Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

31. Defendant-Counter Claimant Chase has failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

32. Defendant-Counter Claimant Chase lacks standing to maintain some or all of its claims.

### THIRD AFFIRMATIVE DEFENSE

33. Defendant-Counter Claimant Chase is barred equitable relief by the Doctrine of Equitable Estoppel.

### FOURTH AFFIRMATIVE DEFENSE

34. Defendant-Counter Claimant Chase is barred from the relief sought by the Doctrine of Laches.

## FIFTH AFFIRMATIVE DEFENSE

35. Defendant-Counter Claimant Chase is barred from the relief sought by the Doctrine of Unclean Hands.

## SIXTH AFFIRMATIVE DEFENSE

36. Defendant-Counter Claimant Chase is barred from recovery upon this Complaint as same should be deemed frivolous and sanctions should be imposed against Plaintiff for bringing same.

## SEVENTH AFFIRMATIVE DEFENSE

37. Plaintiff-Counter Defendant Rozman reserves the right to supplement its Affirmative Defenses up to and including the time of trial.

**WHEREFORE**, Plaintiff-Counter Defendant Abraham Rozman respectfully requests that the Court dismiss the Counterclaim in its entirety, deny any and all requests for judgment against Plaintiff-Counter Defendant Abraham Rozman as stated in Counts One through Four of the Counterclaim, and award counsel fees and costs and other equitable relief this Court deems appropriate.

Respectfully Submitted,
**RC Law Group PLLC**

Dated: January 25, 2018

By: */s/ Daniel Kohn*
Daniel Kohn

285 Passaic Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Email: dkohn@rclawgroup.com
*Attorneys for Plaintiff-Counter Defendant Abraham Rozman*