**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE** | February 1, 2018 |
| **TIME:** | 11:00 a.m. |
| **DOCKET NUMBER(S):** | **CV 17-6077 (SJ)** |
| **NAME OF CASE(S):** | Rozman v. Chase Bank USA, N.A. |
| **FOR  PLAINTIFF(S):** | **Kohn** |
| **FOR  DEFENDANT(S):** | **Turner** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 5:00 PM ON APRIL 16, 2018** |
| **FTR/COURT REPORTER:** | **N/A** |

**INITIAL CONFERENCE RULINGS:**

**Plaintiff shall submit a letter on or before February 15, 2018, stating (1) whether he claims actual damages and, if so, the nature of the actual damages he sustained; and (2) whether he has any good-faith basis on which to defendant against defendant's counterclaims.  If so, the letter shall state what those defenses are; if not, plaintiff shall confer with defendant and agree upon a proposed judgment and submit same for entry by the Court by February 28, 2018.**

**Interrogatories and document demands will be served by March 1, 2018.**

**THE COURT WILL HOLD A FURTHER CONFERENCE AT 5:00 PM ON APRIL 16, 2018.  PLAINTIFF SHALL BE PRESENT AND A PRINCIPAL OF DEFENDANT SHALL BE PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.**