

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

REVAZ CHACHANASHVILI ʃ
RACHEL DRAKE ᵝ
DANIEL KOHN ▲
YAAKOV SAKS ▲*
JUDAH STEIN ▲

▲ *NJ & NY Bars*   ʃ *NY Bar*   ᵝ *NJ Bar*
*\*Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT*

May 24, 2018

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>VIA ECF</u>

    Re:    <u>**Abraham Rozman v. Chase Bank USA, N.A.**</u>
               **Docket No. 1:17-cv-06077-SJ-SMG**

Your Honor,

    We represent the Plaintiff, Abraham Rozman, in the above referenced action, and write in accordance with Your Honor's Individual Practices.

    We are pleased to report that the parties have reached an agreement to settle the claims alleged in the Complaint.

    Accordingly, we respectfully request that the Court remove all upcoming dates and deadlines from its calendar, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                    Respectfully,

                                                    <u>/s/ *Daniel Kohn*</u>
                                                    Daniel Kohn